# DEATH PENALTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LLOYD COOK,<br><br>　　　Petitioner,<br><br>　　　v.<br><br>KEVIN CHAPPELL, Warden of<br>California State Prison at San Quentin,<br><br>　　　Respondent. | CASE NO. CV 12-8142 CJC<br><br>**DEATH PENALTY**<br><br>ORDER STAYING EXECUTION<br>OF DEATH SENTENCE |

Upon request of petitioner, and pursuant to Local Rule 83-17.6(b),

IT IS HEREBY ORDERED that the execution of petitioner's sentence of death, and all court and other proceedings related to the execution of that sentence, including preparation for execution and the setting of an execution date, are stayed until ninety days after the date counsel is appointed to represent petitioner in this case.

The Clerk of the Court shall serve a certified copy of this order on petitioner, respondent, Kevin Chappell, Warden of San Quentin State Prison, the Clerk of the San Bernardino Superior Court, Kamala D. Harris, Attorney General, Arlene Aquintey Sevidal, Deputy Attorney General,

///

///

Michael A. Ramos, San Bernardino County District Attorney, Sean Kennedy, Federal Public Defender, Christina Spaulding and Sara Theiss, Deputy State Public Defenders, Michael Millman, Executive Director of the California Appellate Project and Michael Laurence, Habeas Corpus Resource.

Dated:   September 24, 2012

_____
CORMAC J. CARNEY
JUDGE, UNITED STATES DISTRICT COURT

CV 12-8142 CJC: Joseph Lloyd Cook -v- Kevin Chappell
Service List re: Order Staying Execution of Death Sentence

Hon. Cormac J. Carney
U.S. District Judge
Ronald Reagan Federal Building and
U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Sean Kennedy
Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012-4206

Joseph Lloyd Cook
CDC #E-61595
San Quentin State Prison
NSS-2
San Quentin, California 94974

Michael A. Ramos
District Attorney
San Bernardino County
303 West 3rd Street, 6th Floor
San Bernardino, CA 92415-0502

Kamala D. Harris
Attorney General
Office of the Attorney General
300 S. Spring Street, Room 500
Los Angeles, CA 90013

Arlene Aquintey Sevidal
Deputy Attorney General
Office of the Attorney General
110 West A. Street, Suite 1100
San Diego, CA 92101

Kevin Chappell, Warden
San Quentin State Prison
San Quentin, CA 94974

Capital Habeas Staff Attorneys
U.S. District Court
312 N. Spring Street
Los Angeles, CA 90012

Michael G. Millman
Executive Director
California Appellate Project
101 Second Street, #600
San Francisco, CA 94105

Michael Laurence
Habeas Corpus Resource Center
303 Second Street, Suite 400 South
San Francisco, CA 94107

Christina Spaulding
Sara Theiss
Deputy State Public Defenders
1111 Broadway, Suite 1000
Oakland, CA 94607

Clerk of the Court
San Bernardino Superior Court
351 N. Arrowhead Avenue
San Bernardino, CA 92415-0220

CV 12-8142 CJC: Joseph Lloyd Cook -v- Kevin Chappell
Service List re: Order Staying Execution of Death Sentence

*or e-Service*

I hereby certify that this document was served by First Class Mail Postage Prepaid or Inter-Office Messenger, to all counsel (or parties) at their respective most recent address of record in this action on this date.

Dated: *Sept 25, 2012*
Deputy Clerk: *Kathy Peterson*

# NOTICE PARTY SERVICE LIST

**Case No.** CV 12-8142-CJC  **Case Title** JOSEPH LLOYD COOK V. KEVIN CHAPPELL

**Title of Document** ORDER STAYING EXECUTION OF DEATH SENTENCE

|   |   |
|---|---|
|   | ADR |
|   | BAP (Bankruptcy Appellate Panel) |
|   | BOP (Bureau of Prisons) |
| ✓ | CA St Pub Defender (Calif. State PD) |
| ✓ | CAAG (California Attorney General's Office - L.A. Death Penalty Coordinator) |
|   | Case Asgmt Admin (Case Assignment Administrator) |
|   | Chief Deputy Admin |
|   | Chief Deputy Case Processing |
| ✓ | Chief Deputy Judicial Services |
|   | CJA Supervising Attorney |
| ✓ | Clerk of Court |
| ✓ | Death Penalty H/C (Law Clerks) |
|   | Dep in Chg E Div |
|   | Dep In Chg So Div |
| ✓ | Federal Public Defender |
|   | Fiscal Section |
|   | Intake Section, Criminal LA |
|   | Intake Section, Criminal SA |
|   | Intake Supervisor, Civil |
|   | MDL Panel |
|   | Ninth Circuit Court of Appeal |
|   | PIA Clerk - Los Angeles (PIALA) |
|   | PIA Clerk - Riverside (PIAED) |
|   | PIA Clerk - Santa Ana (PIASA) |
|   | PSA - Los Angeles (PSALA) |
|   | PSA - Riverside (PSAED) |
|   | PSA - Santa Ana (PSASA) |
|   | Statistics Clerk |

|   |   |
|---|---|
|   | US Attorneys Office - Civil Division - L.A. |
|   | US Attorneys Office - Civil Division - S.A. |
|   | US Attorneys Office - Criminal Division - L.A. |
|   | US Attorneys Office - Criminal Division - S.A. |
|   | US Bankruptcy Court |
|   | US Marshal Service - Los Angeles (USMLA) |
|   | US Marshal Service - Riverside (USMED) |
|   | US Marshal Service - Santa Ana (USMSA) |
|   | US Probation Office (USPO) |
|   | US Trustee's Office |
| ✓ | Warden, San Quentin State Prison, CA |

| ✓ | **ADD NEW NOTICE PARTY** (if sending by fax, mailing address must also be provided) |
|---|---|
| Name: Clerk of Court |
| Firm: San Bernardino Superior Court |
| Address (*include suite or floor*): 351 N. Arrowhead Avenue San Bernardino, CA 92415-0220 |
| *E-mail: |
| *Fax No.: |

* For CIVIL cases only

| **JUDGE / MAGISTRATE JUDGE (list below):** |
|---|
|   |
|   |
|   |
|   |

Initials of Deputy Clerk  KP

## NOTICE PARTY SERVICE LIST

**Case No.** CV 12-8142-CJC  **Case Title** JOSEPH LLOYD COOK V. KEVIN CHAPPELL

**Title of Document** ORDER STAYING EXECUTION OF DEATH SENTENCE

|   | |
|---|---|
|   | ADR |
|   | BAP (Bankruptcy Appellate Panel) |
|   | BOP (Bureau of Prisons) |
| ✓ | CA St Pub Defender (Calif. State PD) |
| ✓ | CAAG (California Attorney General's Office - L.A. Death Penalty Coordinator) |
|   | Case Asgmt Admin (Case Assignment Administrator) |
|   | Chief Deputy Admin |
|   | Chief Deputy Case Processing |
| ✓ | Chief Deputy Judicial Services |
|   | CJA Supervising Attorney |
| ✓ | Clerk of Court |
| ✓ | Death Penalty H/C (Law Clerks) |
|   | Dep in Chg E Div |
|   | Dep In Chg So Div |
| ✓ | Federal Public Defender |
|   | Fiscal Section |
|   | Intake Section, Criminal LA |
|   | Intake Section, Criminal SA |
|   | Intake Supervisor, Civil |
|   | MDL Panel |
|   | Ninth Circuit Court of Appeal |
|   | PIA Clerk - Los Angeles (PIALA) |
|   | PIA Clerk - Riverside (PIAED) |
|   | PIA Clerk - Santa Ana (PIASA) |
|   | PSA - Los Angeles (PSALA) |
|   | PSA - Riverside (PSAED) |
|   | PSA - Santa Ana (PSASA) |
|   | Statistics Clerk |

|   | |
|---|---|
|   | US Attorneys Office - Civil Division - L.A. |
|   | US Attorneys Office - Civil Division - S.A. |
|   | US Attorneys Office - Criminal Division - L.A. |
|   | US Attorneys Office - Criminal Division - S.A. |
|   | US Bankruptcy Court |
|   | US Marshal Service - Los Angeles (USMLA) |
|   | US Marshal Service - Riverside (USMED) |
|   | US Marshal Service - Santa Ana (USMSA) |
|   | US Probation Office (USPO) |
|   | US Trustee's Office |
| ✓ | Warden, San Quentin State Prison, CA |

| | |
|---|---|
| ✓ | **ADD NEW NOTICE PARTY** (if sending by fax, mailing address must also be provided) |

Name: Michael A. Ramos

Firm: District Attorney

Address (*include suite or floor*): 303 West 3rd Street, 6th Floor
San Bernardino, CA 92415-0502

*E-mail:

*Fax No.:

* For CIVIL cases only

| | |
|---|---|
|   | **JUDGE / MAGISTRATE JUDGE (list below):** |
|   | . |
|   | |
|   | |
|   | |

Initials of Deputy Clerk 

# NOTICE PARTY SERVICE LIST

**Case No.** CV 12-8142-CJC     **Case Title** JOSEPH LLOYD COOK V. KEVIN CHAPPELL

**Title of Document** ORDER STAYING EXECUTION OF DEATH SENTENCE

|   |   |
|---|---|
|   | ADR |
|   | BAP (Bankruptcy Appellate Panel) |
|   | BOP (Bureau of Prisons) |
| ✓ | CA St Pub Defender (Calif. State PD) |
| ✓ | CAAG (California Attorney General's Office - L.A. Death Penalty Coordinator) |
|   | Case Asgmt Admin (Case Assignment Administrator) |
|   | Chief Deputy Admin |
|   | Chief Deputy Case Processing |
| ✓ | Chief Deputy Judicial Services |
|   | CJA Supervising Attorney |
| ✓ | Clerk of Court |
| ✓ | Death Penalty H/C (Law Clerks) |
|   | Dep in Chg E Div |
|   | Dep In Chg So Div |
| ✓ | Federal Public Defender |
|   | Fiscal Section |
|   | Intake Section, Criminal LA |
|   | Intake Section, Criminal SA |
|   | Intake Supervisor, Civil |
|   | MDL Panel |
|   | Ninth Circuit Court of Appeal |
|   | PIA Clerk - Los Angeles (PIALA) |
|   | PIA Clerk - Riverside (PIAED) |
|   | PIA Clerk - Santa Ana (PIASA) |
|   | PSA - Los Angeles (PSALA) |
|   | PSA - Riverside (PSAED) |
|   | PSA - Santa Ana (PSASA) |
|   | Statistics Clerk |

|   |   |
|---|---|
|   | US Attorneys Office - Civil Division - L.A. |
|   | US Attorneys Office - Civil Division - S.A. |
|   | US Attorneys Office - Criminal Division - L.A. |
|   | US Attorneys Office - Criminal Division - S.A. |
|   | US Bankruptcy Court |
|   | US Marshal Service - Los Angeles (USMLA) |
|   | US Marshal Service - Riverside (USMED) |
|   | US Marshal Service - Santa Ana (USMSA) |
|   | US Probation Office (USPO) |
|   | US Trustee's Office |
| ✓ | Warden, San Quentin State Prison, CA |

| ✓ | **ADD NEW NOTICE PARTY** (if sending by fax, mailing address must also be provided) |
|---|---|

Name: Michael G. Millman

Firm: Executive Director of California Appellate Project

Address (include suite or floor): 101 Second Street, #600

San Francisco, CA 94105

*E-mail:

*Fax No.:

* For CIVIL cases only

| **JUDGE / MAGISTRATE JUDGE (list below):** |
|---|
|   |
|   |
|   |
|   |

Initials of Deputy Clerk 

# NOTICE PARTY SERVICE LIST

**Case No.** CV 12-8142-CJC     **Case Title** JOSEPH LLOYD COOK V. KEVIN CHAPPELL

**Title of Document** ORDER STAYING EXECUTION OF DEATH SENTENCE

|   | |
|---|---|
|   | ADR |
|   | BAP (Bankruptcy Appellate Panel) |
|   | BOP (Bureau of Prisons) |
| ✓ | CA St Pub Defender (Calif. State PD) |
| ✓ | CAAG (California Attorney General's Office - L.A. Death Penalty Coordinator) |
|   | Case Asgmt Admin (Case Assignment Administrator) |
|   | Chief Deputy Admin |
|   | Chief Deputy Case Processing |
| ✓ | Chief Deputy Judicial Services |
|   | CJA Supervising Attorney |
| ✓ | Clerk of Court |
| ✓ | Death Penalty H/C (Law Clerks) |
|   | Dep in Chg E Div |
|   | Dep In Chg So Div |
| ✓ | Federal Public Defender |
|   | Fiscal Section |
|   | Intake Section, Criminal LA |
|   | Intake Section, Criminal SA |
|   | Intake Supervisor, Civil |
|   | MDL Panel |
|   | Ninth Circuit Court of Appeal |
|   | PIA Clerk - Los Angeles (PIALA) |
|   | PIA Clerk - Riverside (PIAED) |
|   | PIA Clerk - Santa Ana (PIASA) |
|   | PSA - Los Angeles (PSALA) |
|   | PSA - Riverside (PSAED) |
|   | PSA - Santa Ana (PSASA) |
|   | Statistics Clerk |

|   | |
|---|---|
|   | US Attorneys Office - Civil Division - L.A. |
|   | US Attorneys Office - Civil Division - S.A. |
|   | US Attorneys Office - Criminal Division - L.A. |
|   | US Attorneys Office - Criminal Division - S.A. |
|   | US Bankruptcy Court |
|   | US Marshal Service - Los Angeles (USMLA) |
|   | US Marshal Service - Riverside (USMED) |
|   | US Marshal Service - Santa Ana (USMSA) |
|   | US Probation Office (USPO) |
|   | US Trustee's Office |
| ✓ | Warden, San Quentin State Prison, CA |

| | **ADD NEW NOTICE PARTY** (if sending by fax, mailing address must also be provided) |
|---|---|
| ✓ | |
| | Name: Michael Laurence |
| | Firm: Habeas Corpus Resource Center |
| | Address (include suite or floor): 303 Second Street |
| | Suite 400 South |
| | San Francisco, CA 94107 |
| | *E-mail: |
| | *Fax No.: |

* For CIVIL cases only

| **JUDGE / MAGISTRATE JUDGE (list below):** |
|---|
| |
| |
| |
| |

Initials of Deputy Clerk